# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Petitioner, ) | |
| v. ) | M.B.D. No. 14-MC-91139 |
| ROBERT C. HUNNEWELL, ) | |
| Respondent. ) | |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONSES

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of two Internal Revenue Service Summonses is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Seth R. Grossman is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Robert C. Hunnewell, resides or is found at 17 Lombard Lane, Sudbury, Massachusetts, 01776 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. Revenue Officer Grossman is conducting an investigation for the collection of the tax liability of Robert C. Hunnewell for the taxable period(s) ending December 31, 2009 and the unfiled federal income tax returns for the taxable period(s) ending December 31, 2010 and December 31, 2011.

4. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws.  For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise  for a person who fails to file a return. For the purpose of making a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data and to testify, as may be relevant or material to making the return.

6. On July 24, 2013, Revenue Officer Grossman issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, two summonses to Robert C. Hunnewell, directing him to appear before Revenue Officer Grossman at the office of the Internal Revenue Service, 118 Turnpike Road, Southborough, MA  01772 on August 15, 2013 at 10:00AM and to produce for examination (and give testimony relating to) documents and financial records for the period(s) ending December 31, 2009 material to collecting the tax liability and to produce such books, papers, records or other data and to testify, as may be relevant or material to making the return(s) for the periods ending December 31, 2010 and December 31, 2011.
A copy of each Summons is attached to this Petition as "Exhibit A".  On July 24, 2013 at 2:42 PM Revenue Officer Grossman served the Summonses on Robert C. Hunnewell by leaving an

attested copy of the summons at the last and usual place of abode of the person to whom it was directed  Revenue Officer Grossman signed a certification on the face of the copy of each summons served that it is a true and correct copy of the original.

    7.    Robert C. Hunnewell has failed and refuses to comply with the Summonses.

    8.    The records sought by the Summonses are not now in the possession of the Internal Revenue Service, and their production by Robert C. Hunnewell for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement for the period ending December 31, 2009 and to make federal income tax returns for the years(s) ended December 31, 2010 and December 31, 2011 for which none have been filed.

    WHEREFORE, the petitioner prays that:

    1.    Robert C. Hunnewell be ordered to show cause, if any he has, why he should not obey the Summonses;

    2.    Robert C. Hunnewell be ordered to obey the Summonses at a time and place to be fixed by Revenue Officer Grossman or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

    3.    The cost of this action to be awarded to the United States.

By its attorney,

CARMEN M. ORTIZ
United States Attorney

*/s/ Jennifer A. Serafyn*
Jennifer A. Serafyn
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Jennifer.Serafyn@usdoj.gov

Dated: May 20, 2014